UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRYAN CLAYTON ROBERTS     CIVIL ACTION NO. 14-663

VERSUS     JUDGE ELIZABETH FOOTE

JERRY W. GOODWIN, ET AL.     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the objection filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and hereby is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of March, 2017.

Elizabeth Erny Foote
United States District Judge